## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIEWIT CONSTRUCTION COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CAPITAL ELECTRIC CONSTRUCTION** )<br>**COMPANY, INC.,** )<br>)<br>**Defendant.** ) | **8:04CV148**<br><br>**TRIAL ORDER** |

At the request of Judge Smith Camp,

**IT IS ORDERED:**

1. Trial of this matter (nonjury) is continued from November 15, 2005 to Tuesday, **December 13, 2005.**

2. The final pretrial conference will be held on November 3, 2005, before the undersigned, as previously scheduled.

**DATED October 25, 2005.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**