# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIEWIT CONSTRUCTION COMPANY,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CAPITAL ELECTRIC CONSTRUCTION** ) <br> **COMPANY, INC.,** ) <br> ) <br> Defendant. ) <br> ) | 8:04CV148 <br><br> ORDER |

In light of the settlement reached on November 23, 2005,

**IT IS ORDERED:**

1.  On or before **December 23, 2005**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2.  Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED November 28, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**