### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIEWIT CONSTRUCTION COMPANY,** | ) | **CASE NO. 8:04CV148** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| **CAPITAL ELECTRIC CONSTRUCTION COMPANY, INC.,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation for Dismissal with Prejudice (Filing No. 101). Because I find that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), the Stipulation is approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 101) is approved, and the relief requested therein shall be granted;

2. All pending motions, including Filing Nos. 88 and 91, are denied as moot;

3. The Complaint, all claims and all counterclaims are dismissed with prejudice; and

4. The parties shall pay their own costs and attorney's fees.

Dated this 16th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge